UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAMBRIDGE THERAPEUTIC
TECHNOLOGIES, LLC,

    Plaintiff,

v.

                                        Case No.: 8:17-cv-1802-T-17AEP

SYNERGY PHARMACY SERVICES,
INC.,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

    Plaintiff, CAMBRIDGE THERAPEUTIC TECHNOLOGIES, LLC, owner and holder of that certain Judgment in a Civil Case against Defendant, SYNERGY PHARMACY SERVICES, INC. (the "Judgment"), rendered in the above-captioned civil action, dated May 16, 2018, a certified copy of which was recorded on June 27, 2018, as Instrument No. 2018108794 in the Official Records of Pasco County, Florida, does hereby the Judgment is hereby satisfied and is canceled and satisfied of record.

    DATED this 2nd day of May 2019.

                                                /s/ *Robert L. Chapman*
                                                Robert L. Chapman
                                                Florida Bar No. 64748
                                                rchapman@bushross.com
                                                ahill@bushross.com
                                                BUSH ROSS, P.A.
                                                1801 North Highland Avenue
                                                Tampa, FL  33602-2656
                                                813-224-9255 (Phone)
                                                813-223-9620 (Fax)
                                                813-204-6404 (Direct Line)
                                                *Counsel for Cambridge Therapeutic Technologies, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct PDF copy of the foregoing has been served this 2d day of May 2019, via e-mail, to:

Kathleen L. DiSanto, Esq.
kdisanto@bushross.com
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, Florida 33602

                                            */s/ Robert L. Chapman*
                                            Attorney